SULAIMAN LAW GROUP, LTD.
Bobby Charles Walker
2500 South Highland Avenue, Suite 200
Lombard, IL 601148
Phone: (630) 575-8181 x149
Fasimile: (630) 575-8188
Email: bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN LANGLOIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HENRY LEGAL GROUP, PLLC<br>d/b/a HEARTLAND LEGAL<br>GROUP, LLC,<br><br>　　　　Defendant. | Case No. **8:22-cv-00874-RGK-DFM**<br><br>AFFIDAVIT FOR ENTRY OF DEFAULT |

1. I am the attorney for Plaintiff, Kristen Langlos, in the case captioned above.

2. Michael Castanza (Mr. Castanza") , a process server, made four attempts to serve Defendant at 211 West Wacker Drive, Suite 900 B, Chicago, IL 60606 but each time he went the office was closed.

3. Finally, on May 23, 2022, Mr. Castanza served Defendant a copy of the Summons and Complaint by posting it to on the door of Defendant's office located at 211 West Wacker Drive, Suite 900 B, Chicago, IL 60606. [Dkt. No. 17].

4. To date, Defendant has not filed any responsive pleadings to Plaintiff's Complaint nor sought an extension.

5. Defendant's deadline to file a responsive pleading to Plaintiff's Complaint has expired.

6. To the best of my knowledge, Defendant is not an infant, not in the military and not an incompetent person.

s/ Bobby C. Walker
Bobby C. Walker, Esq.
*Counsel for Plaintiff*