SULAIMAN LAW GROUP, LTD.
Bobby Charles Walker
2500 South Highland Avenue, Suite 200
Lombard, IL 601148
Phone: (630) 575-8181 x149
Fasimile: (630) 575-8188
Email: bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN LANGLOIS,<br><br>Plaintiff,<br><br>v.<br><br>HENRY LEGAL GROUP, PLLC d/b/a HEARTLAND LEGAL GROUP, LLC,<br><br>Defendant. | Case No. 8:22-cv-00874-RGK-DFM<br><br>PROPOSED ORDER ON MOTION FOR ENTRY OF DEFAULT |

Plaintiff, KRISTEN LANGLOIS, by and through her attorney, having filed with this Court her Motion for Entry of Default and the Court having reviewed same, hereby ORDERED:

1.  An Entry of Default shall be entered against the Defendant, Henry Legal Group, PLLC d/b/a Heartland Legal Group, LLC.

Dated: _____

_____
Judge, U.S. District Court

1