UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-00874-RGK-DFM | Date | August 19, 2022 |
| Title | Kristin Langlois v. Henry Legal Group PLLC | | |

| | |
|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
| Joseph Remigio | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None appearing | None appearing |

**Proceedings:**    **(In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed.R.Civ.Proc. 4(m). Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed.R.Civ.Proc. 12(a)(1).

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in writing by **August 25, 2022** , why this action should not be dismissed for lack of prosecution as to certain defendant/s.

Alternatively, the Court will consider the following a satisfactory response to the Order to Show Cause:

- ☒ Proof of TIMELY service of summons and operative complaint by **August 25, 2022** as to: **Henry Legal Group PLLC**

- ☐ Response to the Complaint by ___, by the following defendant(s):

  -or-

- ☐ **If a defendant listed above does not respond by June 29, 2022,** Plaintiff's application for entry of default by clerk pursuant to Rule 55a of the Federal Rules of Civil Procedure by _____

- ☐ Plaintiff's motion for default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure as to defendant(s):
  [List defendants]

If a satisfactory response is not timely filed, the matter or the listed defendants will be dismissed for lack of prosecution.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.