**SULAIMAN LAW GROUP, LTD.**
Bobby C. Walker (State Bar No. 321788)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN LANGLOIS, | Case No. 8:22-cv-00874-RGK-DFM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| HENRY LEGAL GROUP, PLLC d/b/a HEARTLAND LEGAL GROUP, LLC, | |
| Defendant. | |

### NOTICE OF SETTLMENT

PLEASE TAKE NOTICE that KRISTEN LANGLOIS ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a dismissal

1

with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 25th day of August 2022.

                               */s/ Bobby C. Walker*
                               Bobby C. Walker (321788)
                               Sulaiman Law Group, Ltd.
                               2500 S. Highland Avenue, Suite 200
                               Lombard, Illinois 60148
                               Phone: (630) 575-8181
                               Fax: (630) 575-8188
                               bwalker@sulaimanlaw.com
                               *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                               */s/ Bobby C. Walker*
                               Bobby C. Walker