JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN LANGLOIS, | Case No. 8:22-cv-00874-RGK-DFMx |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| HENRY LEGAL GROUP, PLLC, | |
| Defendant(s). | |

On August 19, 2022, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC") [20], which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants or respond to the Order to Show Cause in writing on or before August 25, 2022. The Court is in review of the response filed by Plaintiff [23] on August 25, 2022.

Finding no good cause shown, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: August 30, 2022

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE